**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-8451**
_____

NORMAN FREEMAN,

　　　　　　　Plaintiff - Appellant,

　　　v.

UNITED STATES OF AMERICA; R. BLOCKER, Medical Doctor;
ROSARIO,

　　　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Terry L. Wooten, District Judge.
(9:07-cv-03431-TLW)

_____

Submitted:  September 29, 2009　　　Decided:  October 2, 2009

_____

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Norman Freeman, Appellant Pro Se.  Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norman Freeman appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680 (2006). We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the order of the district court. See Freeman v. United States, No. 9:07-cv-03431-TLW (D.S.C. Oct. 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED